# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON BRADLEY, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, et al., | : | No. 02-1606 |
| Respondents. | : | |

## ORDER

**AND NOW**, this **20th** day of **September 2019**, upon consideration of Petitioner's Motion to Alter or Amend Judgment (Document No. 35), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

**Berle M. Schiller, J.**